UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:22-cv-00200-JLB-KCD

JANE DOE,

  Plaintiff,

v.

FELIPE JAVIER VAZQUEZ,

  Defendant.

_____/

**MOTION TO WITHDRAW AS COUNSEL**

     NOW COMES the undersigned attorney, Takisha D. Richardson, counsel of record for Plaintiff in the above-captioned consolidated action, and respectfully moves this Court to enter an order withdrawing Michael Dolce as counsel for Plaintiff. In support of this Motion, counsel provides the following:

     1.    Michael Dolce filed a Notice of Appearance on March 30, 2022, with the filing of the Complaint while employed with the law firm of Cohen Milstein Sellers & Toll, PLLC (ECF No. 1).

     2.    Effective March 17, 2023, Michael Dolce is no longer associated with Cohen Milstein Sellers & Toll, PLLC.

     3.    No substitution is required as Takisha D. Richardson of Cohen Milstein Sellers & Toll, PLLC will continue to represent and serve as counsel of record for the Plaintiff.

     4.    All other counsel of record for the Plaintiff will remain the same.

     5.    Plaintiff JANE DOE consents to the motion as filed.

Doe v. Vazquez<br>
Motion to Withdraw<br>
Page 2

6. Accordingly, the proposed withdrawal of attorney Michael Dolce will not prejudice the Plaintiff nor put undue burden or delay of any litigation in this matter.

For the reasons stated above, the undersigned attorney respectfully requests that the Court enter an Order withdrawing Michael Dolce as counsel of record for the Plaintiff in this matter.

Dated: March 23, 2023

Respectfully submitted,

*s/ Takisha D. Richardson*
TAKISHA D. RICHARDSON, ESQ.
Florida Bar No.: 42007
Email: trichardson@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
11780 US Highway One Ste 500
Palm Beach Gardens, FL 33408
Telephone: 561.515.1400

## CERTIFICATE OF SERVICE

I hereby certify on March 23, 2023, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system. I further certify that the foregoing document was mailed via First Class U.S. Mail to Defendant Felipe Javier Vazquez, Camp Hill SCI, 2500 Lisburn Road, Camp Hill, PA 17011.

Cohen Milstein Sellers & Toll, PLLC
11780 US Highway One Ste 500
Palm Beach Gardens, FL 33408
Telephone: 561.515.1400

By: *s/Takisha D. Richardson*
TAKISHA D. RICHARDSON, ESQ.
Florida Bar No.: 42007
Email: trichardson@cohenmilstein.com