UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

    Plaintiff,

v.                                         Case No:   2:22-cv-200-JLB-KCD

FELIPE JAVIER VASQUEZ,

    Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court grant Plaintiff's Motion for Default Judgment. (Doc. 27). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment (Doc. 26) is **GRANTED** as to Defendant's liability on all counts.

3. Plaintiff is awarded $150,000 in statutory liquidated damages on Count 1 of the Amended Complaint (Doc. 19).

4. Plaintiff's requests for economic and unliquidated damages are **REFERRED** to the assigned United States Magistrate Judge for an evidentiary hearing and for entry of an order or report and recommendation, as appropriate.

5. Plaintiff's request for fees and costs shall be decided at the conclusion of the case consistent with Local Rule 7.01.

6. The Clerk of Court shall **MAIL** a copy of this Order and any notice of hearing to Defendant at his last known address in the Court file.

**ORDERED** at Fort Myers, Florida on April 27, 2023.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE