UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

    Plaintiff,

v.                                                  Case No:  2:22-cv-200-JLB-KCD

FELIPE JAVIER VAZQUEZ,

    Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court enter judgment in Doe's favor under her legal name and against Vazquez in the amount of $11,435,476.63.  (Doc. 48).  No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id*.

Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.     The Report and Recommendation (Doc. 48) is **ADOPTED** and made part of this Order for all purposes.

1

2. Doe's Motion for Entry of Partial Final Judgment on Count 1 (Doc. 47) is **GRANTED** to the extent stated in the Report and Recommendation (Doc. 48).

3. Counsel for Doe is **DIRECTED** to email Doe's legal name to chambers for inclusion on the judgment.

4. The Clerk of Court is **DIRECTED** to enter judgment in Doe's favor under her legal name and against Vazquez in the amount of $11,435,476.63.

5. No later than September 13, 2023, Doe may file an appropriate motion under Local Rule 7.01 to recover attorney's fees.

6. The Clerk of Court is further **DIRECTED** to mail a copy of this order and the Report and Recommendation (Doc. 48) to Vazquez at his last known address in the Court file.

**ORDERED** at Fort Myers, Florida on August 14, 2023.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE