UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

    Plaintiff,

v.                                                           Case No:   2:22-cv-200-JLB-KCD

FELIPE JAVIER VAZQUEZ,

    Defendant.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that the Court award Plaintiff $225,351.75 in attorney's fees and $27,423.42 in costs. (Doc. 56). No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the well-reasoned Report and Recommendation.

    Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 56) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff's Motion to Determine Entitlement to Attorney's Fees and Nontaxable Expenses (Doc. 51) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to modify the Judgment to include a **TOTAL** of **$252,775.17**[1] in attorney's fees and costs payable by Defendant.[2]

4. The Clerk of Court shall **MAIL** a copy of this Order to Defendant at his last known address in the Court file.

**ORDERED** at Fort Myers, Florida on December 4, 2023.

*JOHN L. BADALAMENTI*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the requested amount was $252,764.17 (Doc. 53 at 5) but this appears to be a typographical error.

[2] The damages judgment was entered in Doe's legal name. The amended judgment should do the same.