UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

    Plaintiff,

v.                                   Case No.:  2:22-cv-200-JLB-KCD

FELIPE JAVIER VAZQUEZ,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Motions for Writ of Garnishment. (Docs. 77, 78.) Last year, the Court entered a judgment against Defendant in the amount of $11,435,476.63. (Doc. 50.) Plaintiff now seeks to attach financial accounts believed to belong to Defendant.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id.* The procedure for writs of execution is governed by state law. *Id.* Florida law provides that a judgment creditor may request the clerk of court to issue a writ of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id.* Plaintiff has complied

with the statutory prerequisites for obtaining the writ she seeks. Thus, the Court will direct the Clerk to issue the proposed writ of garnishment.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motions for Writ of Garnishment (Docs. 77, 78) are **GRANTED**.

2. The Clerk is directed to issue the proposed writs (Doc. 77-3, 78-3).

**ENTERED** in Fort Myers, Florida on March 5, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record