UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

        Plaintiff,

    v.

FELIPE JAVIER VAZQUEZ,

        Defendant

v.

PRESCILLA VAZQUEZ COSME,
BOTH INDIVIDUALLY AND AS
TRUSTEE OF THE OBALITA 57
TRUST DATED SEPTEMBER 21,
2020;  SOUTHSTATE BANK, N.A.;
FIRST GREEN PARK, INC,

        Impleader Defendants.

Case No. 2:22-cv-200-JLB-KCD

## **ORDER**

The Court previously found that Plaintiff Jane Doe could commence proceedings supplementary to implead Prescilla Vazquez Cosme (both individually and as trustee of the Obalita 57 Trust dated September 21, 2020), SouthState Bank, N.A., and First Green Park, Inc. once proper notices to appear were filed. (Doc. 95); Fla. Stat. § 56.29(2). The Court informed Doe that the Notices to Appear must be in the form required by Florida Statute § 56.29(2) and directed Doe to the Florida Supreme Court's decision *In re Amendments to Fla. Rule of Civil Procedure 1.570 & Form 1.914*, 244 So. 3d

1009 (Fla. 2018), which sets forth the required language. *Id.* at 1011 (quoting Fla. R. Civ. P. Form 1.914(b)). (Doc. 95 at 6).

Now before the Court are Doe's Proposed Notices to Appear. (Docs. 101, 102, 103). The proposed notices meet the requirements set forth in Florida Statute § 56.29(2) and are consistent with Florida Rule of Civil Procedure Form 1.914(b). (*Id.*) Accordingly, the Court issues the Notices to Appear, which are attached to this Order. Doe is **DIRECTED** to serve the Notices to Appear on Prescilla Vazquez Cosme, SouthState Bank, N.A., and First Green Park, Inc. in compliance with Fla. Stat. § 56.29(2) and file a notice when service is complete.

**ORDERED** in Fort Myers, Florida on May 12, 2025.


Kyle C. Dudek
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:22-cv-200-JLB-KCD

JANE DOE,

       Plaintiff

v.

FELIPE JAVIER VAZQUEZ,

       Defendant

v.

PRESCILLA VAZQUEZ COSME, both
individually and as trustee of the OBALITA 57
TRUST DATED SEPTEMBER 21, 2020,
SOUTHSTATE BANK, N.A., formerly known
as CENTERSTATE BANK, N.A.; and FIRST
GREEN PARK, INC.

       Impleader Defendants.

_____/

## NOTICE TO APPEAR

**TO:    PRESCILLA VAZQUEZ COSME, both individually and as trustee of the
OBALITA 57 TRUST DATED SEPTEMBER 21, 2020**

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following property and obligations have been initiated against you by Plaintiff Jane Doe.

Property:    Avoidance and turnover of funds totaling at least $3,584,646.25 to or for the benefit of Prescilla Vazquez Cosme, as stated in the Impleader Complaint; Equitable lien and constructive trust totaling at least $765,434.92 transferred to or for the benefit of the real property located at 3140 Friars Cove, Saint Cloud, Florida 34772, as stated in the Impleader Complaint (the "Property").

You are required to serve an affidavit on or before the **21st** day from the date this Notice to Appear is served on you stating that the aforementioned Property belongs to you. The affidavit

1

must include any fact or legal defense opposing the application of the Property toward the satisfaction of the judgment and be served on Plaintiff's counsel, Michael P. Dunn, Esq. of Dunn Law P.A., 66 West Flagler Street, Suite 400, Miami, FL 33130. You must file the original affidavit with the Clerk of this Court either before service on the judgment creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property toward the satisfaction of the judgment, you must furnish a bond with surety approved by the officer, in favor of the judgment creditor. The bond must be double the value of the goods as fixed by the officer and conditioned to deliver said property on demand if adjudged to be the property of the judgment debtor and to pay all damages found against you if the claim was interposed for delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF THE JUDGMENT, YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY.**

**DONE** and **ORDERED** on  May 12, 2025.

Kyle C. Dudek
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

Case No.: 2:22-cv-200-JLB-KCD

JANE DOE,

      Plaintiff

v.

FELIPE JAVIER VAZQUEZ,

      Defendant

v.

PRESCILLA VAZQUEZ COSME, both
individually and as trustee of the OBALITA 57
TRUST DATED SEPTEMBER 21, 2020,
SOUTHSTATE BANK, N.A., formerly known
as CENTERSTATE BANK, N.A.; and FIRST
GREEN PARK, INC.

      Impleader Defendants.

_____/

**<u>NOTICE TO APPEAR</u>**

**TO:    FIRST GREEN PARK, INC**

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following property and obligations have been initiated against you by Plaintiff Jane Doe.

Property:        Avoidance and turnover of funds totaling at least $3,584,646.25 to or for the benefit of Prescilla Vazquez Cosme, as stated in the Impleader Complaint; Equitable lien and constructive trust totaling at least $765,434.92 transferred to or for the benefit of the real property located at 3140 Friars Cove, Saint Cloud, Florida 34772, as stated in the Impleader Complaint (the "Property").

You are required to serve an affidavit on or before the **<u>21st</u>** day from the date this Notice to Appear is served on you stating that the aforementioned Property belongs to you. The affidavit

1

must include any fact or legal defense opposing the application of the Property toward the satisfaction of the judgment and be served on Plaintiff's counsel, Michael P. Dunn, Esq. of Dunn Law P.A., 66 West Flagler Street, Suite 400, Miami, FL 33130. You must file the original affidavit with the Clerk of this Court either before service on the judgment creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property toward the satisfaction of the judgment, you must furnish a bond with surety approved by the officer, in favor of the judgment creditor. The bond must be double the value of the goods as fixed by the officer and conditioned to deliver said property on demand if adjudged to be the property of the judgment debtor and to pay all damages found against you if the claim was interposed for delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF THE JUDGMENT, YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY.**

**DONE** and **ORDERED** on May 12, 2025.

Kyle C. Dudek
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No.: 2:22-cv-200-JLB-KCD

JANE DOE,

     Plaintiff

v.

FELIPE JAVIER VAZQUEZ,

     Defendant

v.

PRESCILLA VAZQUEZ COSME, both
individually and as trustee of the OBALITA 57
TRUST DATED SEPTEMBER 21, 2020,
SOUTHSTATE BANK, N.A., formerly known
as CENTERSTATE BANK, N.A.; and FIRST
GREEN PARK, INC.

     Impleader Defendants.

_____/

**<u>NOTICE TO APPEAR</u>**

THE STATE OF FLORIDA

**TO:    SOUTHSTATE BANK, N.A.,**
**FORMERLY KNOWN AS CENTERSTATE BANK, N.A.**

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following property and obligations have been initiated against you by Plaintiff Jane Doe.

Property:    Avoidance and turnover of funds totaling at least $3,584,646.25 to or for the benefit of Prescilla Vazquez Cosme, as stated in the Impleader Complaint; Equitable lien and constructive trust totaling at least $765,434.92 transferred to or for the benefit of the real property located at 3140 Friars Cove, Saint Cloud, Florida 34772, as stated in the Impleader Complaint (the "Property").

1

You are required to serve an affidavit on or before the **21st** day from the date this Notice to Appear is served on you stating that the aforementioned Property belongs to you. The affidavit must include any fact or legal defense opposing the application of the Property toward the satisfaction of the judgment and be served on Plaintiff's counsel, Michael P. Dunn, Esq. of Dunn Law P.A., 66 West Flagler Street, Suite 400, Miami, FL 33130. You must file the original affidavit with the Clerk of this Court either before service on the judgment creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property toward the satisfaction of the judgment, you must furnish a bond with surety approved by the officer, in favor of the judgment creditor. The bond must be double the value of the goods as fixed by the officer and conditioned to deliver said property on demand if adjudged to be the property of the judgment debtor and to pay all damages found against you if the claim was interposed for delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF THE JUDGMENT, YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY.**

**DONE** and **ORDERED** in Lee County, Florida on May 12, 2025.

Kyle C. Dudek
United States Magistrate Judge